## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Angelina Hope Hope-Lewis
      Eugene Lewis Jr.

CHAPTER 13

BKY. NO. 19-14361 MDC

<u>Debtors</u>

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY and index same on the master mailing list.

               Respectfully submitted,
               **/s/ Kevin G. McDonald, Esq.**
               Kevin G. McDonald, Esquire
               KML Law Group, P.C.
               701 Market Street, Suite 5000
               Philadelphia, PA 19106-1532
               (215) 627-1322