# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                    Chapter 13

                    Bankruptcy No. 19-14361-MDC

EUGENE LEWIS, JR.
ANGELINA HOPE GREEN-LEWIS
5621 MCMAHON STREET

PHILADELPHIA, PA 19144-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    EUGENE LEWIS, JR.
    ANGELINA HOPE GREEN-LEWIS
    5621 MCMAHON STREET

    PHILADELPHIA, PA 19144-

**Counsel for debtor(s), by electronic notice only.**
    DAVID OFFEN ESQUIRE
    601 WALNUT ST., SUITE 160 WEST

    PHILADELPHIA, PA 19106-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                    /s/ William C. Miller

Date: 10/23/2019

                    _____
                    William C. Miller, Esquire
                    Chapter 13 Standing Trustee