United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 19-14361-mdc
Eugene Lewis, Jr.                                                     Chapter 13
Angelina Hope Green-Lewis
    Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: YvetteWD        Page 1 of 1        Date Rcvd: Nov 05, 2019
                      Form ID: trc         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14386150        E-mail/Text: bnc-quantum@quantum3group.com Nov 06 2019 03:26:16
      Quantum3 Group LLC as agent for,    Bluestem and SCUSA,    PO Box 788,
      Kirkland, WA 98083-0788
                                                                                                           TOTAL: 1

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2019 at the address(es) listed below:
      DAVID M. OFFEN    on behalf of Debtor Eugene  Lewis, Jr. dmo160west@gmail.com,
      davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
      DAVID M. OFFEN    on behalf of Joint Debtor Angelina Hope Green-Lewis dmo160west@gmail.com,
      davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
      KEVIN G. MCDONALD    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
      bkgroup@kmllawgroup.com
      LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
      dmaurer@pkh.com;mgutshall@pkh.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                                           TOTAL: 6

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 19-14361-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Eugene Lewis, Jr.
5621 Mcmahon Street
Philadelphia PA 19144

Angelina Hope Green-Lewis
5621 Mcmahon Street
Philadelphia PA 19144

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/31/2019.

Name and Address of Alleged Transferor(s):

Claim No. 10: Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA  98083-0788

Name and Address of Transferee:

Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA 98083-0788

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   11/07/19

Tim McGrath
**CLERK OF THE COURT**