**IN THE UNITED STATE BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: **Eugene Lewis, Jr.** | ) | **Chapter 13** |
| **Angela Hope Green-Lewis** | ) | |
| **Debtor** | ) | **No. 19-14361-AMC** |
| | ) | |
| | ) | |

## CERTIFICATION OF NO RESPONSE

I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.

**/s/David M. Offen**
**David M. Offen**
**Attorney for Debtor(s)**

**Date:3/12/20**