United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 19-14361-mdc
Eugene Lewis, Jr.                                               Chapter 13
Angelina Hope Green-Lewis
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: dlv              Page 1 of 1            Date Rcvd: Apr 09, 2020
                              Form ID: pdf900        Total Noticed: 3
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2020.
db/jdb         +Eugene Lewis, Jr.,    Angelina Hope Green-Lewis,    5621 Mcmahon Street,
                 Philadelphia, PA 19144-1350

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: blegal@phfa.org Apr 10 2020 04:50:39      Pennsylvania Housing Finance Agency,
                 211 N. Front Street,    Harrisburg, Pa 17101-1406
cr              E-mail/Text: bnc-quantum@quantum3group.com Apr 10 2020 04:50:02
                 Quantum3 Group LLC as agent for,    Sadino Funding LLC,   PO Box 788,
                 Kirkland, WA  98083-0788
                                                                                              TOTAL: 2

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 9, 2020 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Eugene  Lewis, Jr. dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              DAVID M. OFFEN    on behalf of Joint Debtor Angelina Hope Green-Lewis dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
               bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 6
```

IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Eugene Lewis, Jr.                )  Chapter 13
        Angelina Hope Green-Lewis        )
              Debtors                    )  19-14361-MDC
                                         )
                                         )

## ORDER APPROVING COUNSEL FEES

AND NOW, upon consideration of the attached Application for Approval of Counsel Fees submitted by David M. Offen, Attorney for the Debtor, and upon notice and certification of no objection it is hereby ORDERED that:

Counsel fee in the amount of $4,250.00 is allowed and the balance in the amount of $3,564.00 shall be paid by the Chapter 13 Trustee to the extent consistent with the terms of the confirmed plan.

April 8, 2020
DATED:                           HONORABLE MAGDELINE D. COLEMAN
                                 CHIEF U.S. BANKRUPTCY JUDGE