# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                                                            Chapter 13

                                                                            Bankruptcy No. 19-14361-MDC

     EUGENE  LEWIS, JR.
     ANGELINA HOPE GREEN-LEWIS
     5621 MCMAHON STREET

     PHILADELPHIA, PA 19144-

         Debtor

## **CERTIFICATE OF SERVICE**

      **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

     EUGENE  LEWIS, JR.
     ANGELINA HOPE GREEN-LEWIS
     5621 MCMAHON STREET

     PHILADELPHIA, PA 19144-


Counsel for debtor(s), by electronic notice only.

     DAVID OFFEN ESQUIRE
     601 WALNUT ST., SUITE 160 WEST

     PHILADELPHIA, PA 19106-

Date: 7/21/2020

                                             /S/ William C. Miller
                                           _____
                                           William C. Miller, Esquire
                                           Chapter 13 Standing Trustee