**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>EUGENE LEWIS, JR.<br>ANGELINA HOPE GREEN-LEWIS | Chapter 13 |
| Debtor | Bankruptcy No. 19-14361-MDC |

# **O R D E R**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

February 3, 2022

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Kenneth E. West, Esquire
Chapter 13 Standing Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST
PHILADELPHIA, PA 19106-

Debtor:
EUGENE LEWIS, JR. ANGELINA HOPE GREEN-LEWIS
5621 MCMAHON STREET
PHILADELPHIA, PA 19144-