United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-14361-mdc |
| Eugene Lewis, Jr. | Chapter 13 |
| Angelina Hope Green-Lewis | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 03, 2022 | Form ID: pdf900 | Total Noticed: 33 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eugene Lewis, Jr., 5621 Mcmahon Street, Philadelphia, PA 19144-1350 |
| jdb | + | Angelina Hope Green-Lewis, 5621 Mcmahon Street, Philadelphia, PA 19144-1350 |
| 14355217 | + | Berkshire Bank/New Mlnm Bk, Attn: Bankruptcy, Po Box 472, Kingston, NJ 08528-0472 |
| 14355222 | + | First Progress, Attn: Bankruptcy, Po Box 9053, Johnson City, TN 37615-9053 |
| 14355223 | + | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14355224 | + | Mary Green, 5652 Ardleigh Street, Philadelphia, PA 19138-1815 |
| 14394809 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O Kevin G. McDonald, Esquire, KML Group, P.C., 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14385839 | + | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3Fl |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 04 2022 03:18:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 04 2022 03:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 04 2022 03:18:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: blegal@phfa.org | Feb 04 2022 03:18:00 | Pennsylvania Housing Finance Agency, 211 N. Front Street, Harrisburg, Pa 17101-1406 |
| 14383731 | + | Email/Text: g20956@att.com | Feb 04 2022 03:18:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14417985 | | Email/Text: megan.harper@phila.gov | Feb 04 2022 03:18:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14355218 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 04 2022 03:18:00 | Chrysler Capital, P.O. box 660335, Dallas, TX 75266-0335 |
| 14355219 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 04 2022 03:18:00 | Comenity Bank/Blair, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14355220 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 04 2022 03:18:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14385776 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 04 2022 03:22:27 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14355222 | + | Email/Text: FirstProgressCorrespondence@acttoday.com | | |

District/off: 0313-2 User: admin Page 2 of 3
Date Rcvd: Feb 03, 2022 Form ID: pdf900 Total Noticed: 33

| Recip ID | | Notice | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Feb 04 2022 03:18:00 | First Progress, Attn: Bankruptcy, Po Box 9053, Johnson City, TN 37615-9053 |
| 14355221 | | Email/Text: bnc-bluestem@quantum3group.com | | |
| | | | Feb 04 2022 03:18:00 | Fingerhut, Attn: Bankruptcy, Po Box 1250, Saint Cloud, MN 56395 |
| 14359361 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Feb 04 2022 03:22:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14374134 | + | Email/Text: bankruptcy@sccompanies.com | | |
| | | | Feb 04 2022 03:18:00 | Mason, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14374133 | + | Email/Text: bankruptcy@sccompanies.com | | |
| | | | Feb 04 2022 03:18:00 | Massey's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14355225 | + | Email/Text: bknotices@mbandw.com | | |
| | | | Feb 04 2022 03:18:00 | Mccarthy Burgess & Wol, 26000 Cannon Rd, Cleveland, OH 44146-1807 |
| 14374135 | + | Email/Text: bankruptcy@sccompanies.com | | |
| | | | Feb 04 2022 03:18:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14355226 | | Email/Text: blegal@phfa.org | | |
| | | | Feb 04 2022 03:18:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, Po Box 8029, Harrisburg, PA 17105 |
| 14418929 | + | Email/Text: blegal@phfa.org | | |
| | | | Feb 04 2022 03:18:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14389128 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Feb 04 2022 03:22:58 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14413826 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Feb 04 2022 03:18:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14386150 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Feb 04 2022 03:18:00 | Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788 |
| 14386149 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Feb 04 2022 03:18:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14386151 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Feb 04 2022 03:18:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14374136 | + | Email/Text: bankruptcy@sccompanies.com | | |
| | | | Feb 04 2022 03:18:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14355227 | | Email/Text: megan.harper@phila.gov | | |
| | | | Feb 04 2022 03:18:00 | Water Revenue Bureau, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14383732 | *+ | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 03, 2022 | Form ID: pdf900 | Total Noticed: 33 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2022           Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Eugene Lewis Jr. dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DAVID M. OFFEN | on behalf of Joint Debtor Angelina Hope Green-Lewis dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com |
| KEVIN G. MCDONALD | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| LEON P. HALLER | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    Chapter 13
EUGENE LEWIS, JR.
ANGELINA HOPE GREEN-LEWIS

               Debtor                     Bankruptcy No. 19-14361-MDC

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

February 3, 2022

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Kenneth E. West, Esquire
Chapter 13 Standing Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST
PHILADELPHIA, PA 19106-

Debtor:
EUGENE LEWIS, JR. ANGELINA HOPE GREEN-LEWIS
5621 MCMAHON STREET
PHILADELPHIA, PA 19144-